T<small>ERRY</small> L. A<small>LLEN</small>  SBN 34527

K<small>IMBERLY</small> G. F<small>LORES</small>  SBN 227131

**ALLEN, PROIETTI & FAGALDE, LLP**
A Partnership Including A Professional Corporation
1640 "N" Street, Suite 200
Post Office Box 2184
Merced, California 95344-0184
(209) 723-4372

R<small>UBEN</small> E. C<small>ASTILLO</small>  SBN 113694

J<small>AMES</small> N. F<small>INCHER</small>  SBN 196837

**MERCED COUNTY COUNSEL**
2222 M S<small>TREET</small>
M<small>ERCED</small>, C<small>ALIFORNIA</small> 95340
(209) 385-7564

Attorneys for Defendants,   COUNTY OF MERCED, COUNTY OF MERCED SHERIFF'S DEPARTMENT, VERNON WARNKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIKA RIVERA<br><br>           Plaintiff,<br>vs.<br>CITY OF MERCED, et al<br><br>           Defendants. | Case No.:  1:04-cv-06771- SMS<br><br>**ORDER DETERMINING GOOD FAITH SETTLEMENT** |

The Application of Defendants, COUNTY OF MERCED, MERCED COUNTY SHERIFF'S DEPARTMENT, and VERNON WARNKE, for an order determining the good faith of a settlement having been presented to this Court; and IT APPEARING TO THE SATISFACTION OF THE COURT THAT said Application is made pursuant to California Code of Civil Procedure Section 877.6(a)(2); and that copies of said Application, together with a Notice of Settlement, and a copy of this Order were served by certified mail with return receipt requested

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  on this Court and all parties to this action on May 18, 2006; and that no notice of motion to contest
2  the good faith of said settlement has been served or filed within the time allowed by Code of Civil
3  Procedure Section 877.6(a)(2); and that no confidentiality clause of any kind is contained in said
4  settlement agreement; NOW, THEREFORE, IT IS ORDERED that the settlement agreement
5  described in the Application was made and entered into in good faith between the parties to the
6  Agreement, within the meaning and effect of California Code of Civil Procedure Section 877.6.
7  Dated: 6/19/2006

      /s/ Sandra M. Snyder
HONORABLE SANDRA M. SNYDER,
MAGISTRATE JUDGE OF THE U.S. DISTRICT
COURT, EASTERN DISTRICT OF CALIFORNIA

ALLEN, PROIETTI & FAGALDE, LLP
1640 "N" STREET, SUITE 200
POST OFFICE BOX 2184
MERCED, CA 95344-0184
(209) 723-4372

-2-

PDF created with pdfFactory trial version www.pdffactory.com